# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132698-9(50)

PRUDENTIAL PROPERTY & CASUALTY
INSURANCE COMPANY,
          Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
          Defendant-Appellee.
_____/

SC: 132698
COA: 260203
Court of Claims: 03-000139-MT

PRUDENTIAL INSURANCE COMPANY,
          Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
          Defendant-Appellee.
_____/

SC: 132699
COA: 260204
Court of Claims: 03-000140-MT

On order of the Court, the motion for reconsideration of this Court's June 6, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

p0830